UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BARRY NEWMAN | Plaintiff,<br>CIVIL ACTION# 1:23-CV-03503-KPF |
| --- AGAINST --- | AFFIDAVIT OF SERVICE |
| ASA COLLEGE, INC., ET. AL. | Defendant, |

---

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

BILLIE JO WILLIAMS being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 5th day of June, 2023, she served the Summons in a Civil Action and Complaint at 2:30 p.m. on ASA COLLEGE, INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, SUE ZOUKY, a white female with grey hair, light eyes approximately 67 years of age, 5'0 and 128 lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

_____
BILLIE JO WILLIAMS

Sworn before me this
5th day of June, 2023

_____
FAITH E. KORKOSZ
   No. 01KO6420599
Notary Public - State of New York
Qualified in Rensselaer County
Commission Expires August 9, 2025