UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

BARRY NEWMAN

*vs*                                                          *Plaintiff*

ASA COLLEGE INC, ALEXANDER SHCHEGOL AND JOSE VALENCIA

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 1:23-CV-03503-KPF
DATE FILED:
Job #: 578074
Client File#

LEVINE & BLIT PLLC
350 FIFTH AVENUE STE 4020
NEW YORK, NY 10118

CLIENT'S FILE NO.:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, EDDIE RIVERA , being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 6/22/2023 at 1:19 PM at 151 LAWRENCE STREET, BROOKLYN, NY 11201 deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT on ALEXANDER SHCHEGOL therein named
After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving DONOVAN "DOE", EMPLOYEE a person of suitable age and discretion at 151 LAWRENCE STREET, BROOKLYN, NY 11201 said premises being the recipient's actual place of business within the State of New York.

Deponent completed service by depositing a copy of the documents listed above on 06/23/2023 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 151 LAWRENCE STREET, BROOKLYN, NY 11201

Said documents were conformed with index number endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age:** 36 - 50 Yrs., **Approx Weight:** 161-200 Lbs., **Approx Height:** 5' 9" - 6' 0", **Sex:** Male, **Approx Skin:** Brown, **Approx Hair:** Black
**Other:**
REFUSED TO GIVE LAST NAME.
Deponent spoke to DONOVAN "DOE"
Inquired as to the ALEXANDER SHCHEGOLs actual place of business and received a positive reply and confirmed the above address of ALEXANDER SHCHEGOL and asked whether ALEXANDER SHCHEGOL was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the ALEXANDER SHCHEGOL always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the ALEXANDER SHCHEGOL is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on   6/23/23
EUGENE SOKOLOV #01SO6434174
Notary Public State of New York
RICHMOND County, Commission Expires 05/31/2026



EDDIE RIVERA
2067151-DCA

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373