UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY NEWMAN, | No. 1:23-cv-03503 (KFP) |
| Plaintiff, | |
| -against- | CLERK'S CERTIFICATE OF DEFAULT |
| ASA COLLEGE, INC., ALEXANDER SHCHEGOL, and JOSE VALENCIA, | |
| Defendants. | |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 26, 2023, with the filing of a summons and complaint, a copy of the summons and complaint was served upon defendant ASA COLLEGE, INC. on June 5, 2023 by serving Sue Zouky, a business document specialist for Secretary of State for the State of New York, and proof of service was therefore filed on June 28, 2023, Doc. #9. I further certify that the docket entries indicate that the defendant ASA COLLEGE, INC. has not filed an answer or otherwise moved with respect to the complaint herein and has failed to defend this action. The default of defendant ASA COLLEGE INC. is hereby noted.

Dated: New York, New York
      July  19  , 2023

RUBY J. KRAJICK
Clerk of Court

By: _____
      Deputy Clerk