UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| BARRY NEWMAN, | ) | No. 1:23-cv-03503 (KFP) |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **DEFAULT JUDGMENT** |
| ASA COLLEGE, INC., ALEXANDER | ) |  |
| SHCHEGOL, and JOSE VALENCIA | ) |  |
|  | ) |  |
| Defendants. | ) |  |

This action having been commenced on April 26, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant ASA College, Inc. on June 5, 2023, when Sue Zouky, a business document specialist for the Secretary of State of the State of New York, was personally served with a copy of the Summons and Complaint; on defendant Alexander Shchegol on June 22, 2023, at his regular place of business when Donovan "Doe", an employee of Defendant, was personally served with a copy of the Summons and Complaint and a copy of the Summons and Complaint was mailed to Defendant; and on defendant Jose Valencia on June 13, 2023, at his regular place of business when Mr. Johnson, Defendant's administrative assistant, was personally served with a copy of the Summons and Complaint and a copy of the Summons and Complaint was mailed to Defendant; and a proof of service having been filed on June 28, 2023, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is:

1

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in an amount to be determined at the inquest, plus prejudgment interest.

Dated: New York, New York
_____, 2023

_____
KATHERINE POLK FAILLA, U.S.D.J.