UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY NEMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> - against - ) <br> ) <br> ASA COLLEGE, INC., ALEXANDER ) <br> SHCHEGOL, and JOSE VALENCIA ) <br> ) <br> Defendants. ) <br> ) | No. 1:23-cv-03503 (KFP) <br><br> **ORDER TO SHOW <br> CAUSE FOR DEFAULT <br> JUDGMENT** |

Upon the Declaration of Justin S. Clark, Esq., dated the 15th day of September 2023, and all exhibits annexed thereto, it is:

ORDERED: That Defendants ASA College, Inc., Alexander Shchegol, and Jose Valencia show cause at a conference before the Honorable Katherine Polk Failla, U.S.D.J., Room 618, United States Courthouse, 40 Foley Square, New York, New York 10007, on **December 1, 2023**, at **3:00 p.m.** in the afternoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rules 55.1 and 55.2 of the Civil Rules of the Southern District of New York granting plaintiff Barry Newman default judgment against Defendants ASA College, Inc., Alexander Shchegol, and Jose Valencia, jointly and severally, in an amount to be determined at the inquest, plus pre-judgment and post-judgment interest; and it is further

ORDERED: That, service of a copy of this order and all annexed documents shall be made upon Defendants ASA College, Inc., Alexander Shchegol, and Jose Valencia by certified mail on or before **October 2, 2023**, and shall be deemed good and sufficient service thereof; and it is further

1

ORDERED:  That a response, if any, is due on or before **November 15, 2023**; and it is further

ORDERED:  That a reply, if any, is due on or before **November 22, 2023**.

Dated:      September 18, 2023
            New York, New York

_____
Hon. Katherine Polk Failla
United States District Judge
