UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY NEWMAN,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>ASA COLLEGE, INC., ALEXANDER SHCHEGOL, and JOSE VALENCIA,<br><br>                    Defendants. | 23 Civ. 3503 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Due to an unanticipated conflict with the Court's schedule, the show cause hearing currently scheduled for December 1, 2023, at 3:00 p.m. (Dkt. #24) is hereby ADJOURNED to **December 20, 2023**, at **2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

Service of a copy of this order and all annexed documents shall be made upon Defendants ASA College, Inc., Alexander Shchegol, and Jose Valencia by certified mail on or before **December 6, 2023**, and shall be deemed good and sufficient service thereof.

SO ORDERED.

Dated:  November 27, 2023
        New York, New York

                                        _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge