UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY NEWMAN, | No. 1:23-cv-03503 (KFP) |
| Plaintiff, | |
| ASA COLLEGE, INC., ALEXANDER SHCHEGOL, and JOSE VALENCIA | AFFIDAVIT OF SERVICE |
| Defendants. | |

STATE OF NEW YORK )
) ss:
COUNTY OF WESTCHESTER )

Maria Cuate, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and my regular place of business is located at 800 Westchester Avenue, S-322, Rye Brook, New York. On November 30, 2023, I served true and correct copies of the Court's Order dated November 27, 2023 (ECF Docket #26), on the defendants in the above-captioned matter, in the following manner:

- By sending, by certified mail, a copy of the Court's Order dated November 27, 2023 in a sealed envelope for each defendant, with postage prepaid, and by depositing said envelope into the exclusive custody of the United States Postal Service, with the envelope addressed to the last known addresses of each defendant as follows:

| ASA College, Inc. | Alexander Shchegol | Jose Valencia |
|---|---|---|
| 151 Lawrence St. | 151 Lawrence St. | 151 Lawrence St. |
| Brooklyn, NY 11201 | Brooklyn, NY 11201 | Brooklyn, NY 11201 |

_/s/ Maria Cuate_
Maria Cuate

Subscribed and sworn to before
me this 30th day of November 2023

_____
NOTARY PUBLIC

TIMOTHY LENAHAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02LE0012499
Qualified in Queens County
My Commission Expires 8/22/27