UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY NEWMAN,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>ASA COLLEGE, INC.; ALEXANDER SHCHEGOL; and JOSE VALENCIA,<br><br>                              Defendants. | 23 Civ. 3503 (KPF)<br><br>**DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

      This action having been commenced on April 26, 2023, by the filing of the Summons and Complaint (Dkt. #1), and a copy of the Summons and Complaint having been personally served on Defendant ASA College, Inc. on June 5, 2023, when Sue Zouky, a business document specialist for the Secretary of State of the State of New York, was personally served with a copy of the Summons and Complaint (Dkt. #9); on Defendant Alexander Shchegol on June 22, 2023, at his regular place of business when Donovan "Doe," an employee of Shchegol, was personally served with a copy of the Summons and Complaint and a copy of the Summons and Complaint was then mailed to Shchegol (Dkt. #11); and on Defendant Jose Valencia on June 13, 2023, at his regular place of business when Mr. Johnson, Valencia's administrative assistant, was personally served with a copy of the Summons and Complaint and a copy of the Summons and Complaint was then mailed to Valencia (Dkt. #10); and a proof of service having been filed on June 28, 2023, and the Defendants not having answered the Complaint; and the time for answering the Complaint having expired; and the Clerk of Court having issued Certificates of

Default noting the default of each such Defendant (Dkt. #16-18); and this Court having entered on September 18, 2023, an Order to Show Cause why a default judgment should not be entered against Defendants (Dkt. #24); and that Order to Show Cause having been served on all three Defendants the following day, September 19, 2023 (Dkt. #25); and no Defendant having appeared at the hearing on the Order to Show Cause held on December 20, 2023, it is hereby:

ORDERED, ADJUDGED, and DECREED that the Plaintiff have judgment jointly and severally against Defendants in an amount to be determined after the inquest, which amount may include compensatory damages, other permissible damages and penalties, and any permissible pre-judgment interest, as well as post-judgment interest as provided for in 28 U.S.C. § 1961(a); and it is further hereby

ORDERED that Plaintiff be awarded reasonable attorneys' fees and compensable costs incurred in bringing this matter.

SO ORDERED.

Dated:   December 20, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge