UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARRY NEWMAN, )
                                                  Plaintiff, )
ASA COLLEGE, INC., ALEXANDER )
SHCHEGOL, and JOSE VALENCIA )
                                                Defendants. )

No. 1:23-cv-03503 (KFP)

DECLARATION OF SERVICE

STATE OF NEW YORK )
                              ) ss:
COUNTY OF WESTCHESTER )

Maria Cuate, being duly sworn, deposes and says that the following is true and correct under penalty of perjury pursuant to the laws of the United States of America:

I am over the age of eighteen (18) years and my regular place of business is located at 800 Westchester Avenue, S-322, Rye Brook, New York. On December 28, 2023, I served a true and correct copy of the Order of the Honorable Robert W. Lehrburger, United States Magistrate Judge, dated December 21, 2023, upon the defendants in the above-captioned matter, in the following manner:

- By sending, by certified mail, said Order in a sealed envelope for each defendant, with postage prepaid, and by depositing said envelope into the custody of the United States Postal Service, with the envelope addressed to the last known addresses of each defendant as follows:

| ASA College, Inc. | Alexander Shchegol | Jose Valencia |
| --- | --- | --- |
| 151 Lawrence St. | 151 Lawrence St. | 151 Lawrence St. |
| Brooklyn, NY 11201 | Brooklyn, NY 11201 | Brooklyn, NY 11201 |

Dated: December 28, 2023
         Rye Brook, NY

_/s/ Maria Cuate_
Maria Cuate