UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BARRY NEWMAN,<br><br>                      Plaintiff,<br><br>ASA COLLEGE, INC., ALEXANDER SHCHEGOL, and JOSE VALENCIA<br><br>                      Defendants. | No. 1:23-cv-03503 (KFP)<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK         )
                         ) ss:
COUNTY OF WESTCHESTER     )

      Maria Cuate, being duly sworn, declares and says that following is true and correct under penalty of perjury of the laws of the United States of America:

      I am over the age of eighteen (18) years and my regular place of business is located at 800 Westchester Avenue, S-322, Rye Brook, New York. On January 17, 2024, I served true and correct copies of Plaintiff's Proposed Findings of Fact and Conclusions of Law, the Declaration of Barry Newman dated January 16, 2024 (and all exhibits annexed thereto), and the Declaration of Justin S. Clark dated January 16, 2024 (and all exhibits annexed thereto), on the defendants in the above-captioned matter, in the following manner:

- By sending, by U.S. mail, a copy of the above-identified documents in a sealed envelope for each defendant, with postage prepaid, and by depositing said envelope into the exclusive custody of the United States Postal Service, with the envelope addressed to the last known addresses of each defendant as follows:

| ASA College, Inc. | Alexander Shchegol | Jose Valencia |
|---|---|---|
| 151 Lawrence St. | 151 Lawrence St. | 151 Lawrence St. |
| Brooklyn, NY 11201 | Brooklyn, NY 11201 | Brooklyn, NY 11201 |

                                            /s/ Maria Cuate
                                            Maria Cuate