**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BARRY NEWMAN,

               Plaintiff,                            23 **CIVIL** 3503 (KPF)(RWL)

    -against-                                 **<u>JUDGMENT</u>**

ASA COLLEGE, INC.; ALEXANDER
SHCHEGOL; and JOSE VALENCIA,

               Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 24, 2024, the Court agrees completely with Judge Lehrburger's careful and correct Report and has adopted its analysis and calculations by reference. Accordingly, judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, on Plaintiff's FLSA, NYLL, and breach of contract claims, in the following amounts: (i) unpaid wages in the amount of $12,196.50; (ii) liquidated damages on unpaid wages in the amount of $12,196.50; (iii) liquidated damages for untimely payments in the amount of $10,865.40; (iv) damages for breach of contract in the amount of $25,002.39; (v) pre-judgment interest on unpaid wages of $12,196.50 at the rate of nine percent, starting from January 15, 2023, in the amount of $1,951.77; (vi) pre-judgment interest on breach of contract damages of $25,002.39 at the rate of nine percent, starting from January 1, 2021, in the amount of $8,587.81; (vii) attorneys' fees in the amount of $5,240.00; and (viii) compensable costs in the amount of $779.80; accordingly, the case is closed.

**Dated:**  New York, New York
          October 25, 2024

                                                            **DANIEL ORTIZ**
                                                             **Acting Clerk of Court**

                                **BY:**             *K. Mango*

                                                             **Deputy Clerk**